**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**INEZ JORDAN**                                                                                **PETITIONER**

**V.**                             **2:10-cv-00020-WRW**

**UNITED STATES OF AMERICA, et al.**                             **RESPONDENTS**

## ORDER

For the same reasons that were outlined in the February 8, 2010, Order[1] -- which dismissed this Plaintiff's motion to proceed as a next of kin -- in *John Earl Jordan, Jr. v. United States*, 2:09-CV-00092-WRW, this case is DISMISSED.

IT IS SO ORDERED this 19th day of February, 2010.

                                                          /s/ Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 53.